# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

October 30, 2023

_____

## DOCKET CORRECTION NOTICE
_____

No. 23-2132,   <u>In re: Caryn Strickland</u>
            1:20-cv-00066-WGY

TO:   Caryn Devins Strickland

CERTIFICATE DUE:  November 2, 2023

Under FRAP 21(a)(1), you must serve your petition for writ of mandamus on:

> [X] the trial court judge (**Note: Service on the district court is not sufficient. The petition must be served on the individual judge the action is being sought against.**)

Please serve your petition as indicated above and file the attached certificate of service with the court of appeals by the due date shown.

Emily Borneisen, Deputy Clerk
804-916-2704

_____

## CERTIFICATE OF SERVICE

_____

No. 23-2132,   <u>In re: Caryn Strickland</u>
              1:20-cv-00066-WGY

I certify that my petition for writ of mandamus / prohibition was served as follows:

(provide date of service) _____

(select manner of service) [ ] by mail; [ ] by commercial carrier; [ ] in person

(provide name(s) and address(es) of trial court judge and/or parties served):

_____

_____

_____

_____

_____

_____


_____                        _____
Signature                                              Date