IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

In re: CARYN DEVINS STRICKLAND,

Petitioner.

No. 23-2132

# MOTION FOR 9-DAY EXTENSION OF TIME TO FILE ANSWER TO PETITION FOR WRIT OF MANDAMUS

The government, on behalf of the defendants in this case, respectfully requests a 9-day extension of time, to and including November 22, 2023, to file its answer to the petition for a writ of mandamus in this case. Petitioner-plaintiff takes no position on this motion.

In support of this motion, the government states the following:

1. Petitioner-plaintiff filed this petition for a writ of mandamus on October 30, 2023, alleging that the district court has taken too long to rule on her pending motion for a preliminary injunction. This Court dismissed petitioner's prior appeal asserting that the district court had taken steps tantamount to denying her motion for a preliminary injunction by consolidating it with a trial on the merits, which had been scheduled for September 2023. *See Strickland v. United States*, No. 22-1963, 2022 WL

10416526 (4th Cir. Oct. 18, 2022). The parties agreed to a brief stay to pursue mediation, and trial is now scheduled for the week of December 11, 2023 or as soon thereafter as the district court's schedule permits. Dkt. Nos. 286, 304. On November 1, 2023, the Court directed the government to file an answer to the mandamus petition by November 13, 2023.

    2. The requested extension is necessary to allow the government to prepare its answer. Kevin B. Soter, the attorney with primary responsibility for preparing the government's answer in this case, will be traveling to California on November 13, 2023, the government's current filing deadline, to present oral argument in the Ninth Circuit on November 14 in *Blumberger v. California Hospital Medical Center*, No. 22-56032, and *A.H. v. Khalifa*, No. 22-56061 (which have been consolidated for purposes of oral argument). Mr. Soter is also responsible for preparing and filing the government's supplemental brief in *Pitsilides v. Attorney General*, No. 21-3320 (3d Cir.), which is due on November 15 (as extended), and for various internal matters.

    Sarah Carroll has principal supervisory responsibility for the government's answer in this case. Ms. Carroll also has supervisory responsibility for the government's brief in *Montgomery v. West*, No. 23-15728 (9th Cir.), which is due on November 9, 2023, as extended, and has primary responsibility for preparing and filing the government's brief in *Lillard v.*

2

*Jacquez*, Nos. 23-35049, 23-35059 (9th Cir.), which is due on November 20, as extended. Ms. Carroll is also responsible for numerous time-sensitive internal matters during the briefing period.

    3. A 9-day extension will also ensure sufficient time for counsel to coordinate review with interested agencies and components of the federal government.

    4. Petitioner-plaintiff's counsel has informed the undersigned as follows: "In light of the 10-day response deadline ordered by the Court, Plaintiff takes no position on counsel's extension motion and defers to the Court's discretion regarding whether and to what extent an extension to file a response would be appropriate under the circumstances identified in the Petition."

                                        Respectfully submitted,

                                        SARAH CARROLL

                                        */s/ Kevin B. Soter*
                                        KEVIN B. SOTER
                                        (202) 305-1754
                                            Attorneys, Appellate Staff
                                            Civil Division
                                            U.S. Department of Justice
                                            950 Pennsylvania Ave. NW
                                            Room 7222
                                            Washington, D.C. 20530

NOVEMBER 2023

## CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g), I hereby certify this motion complies with the requirements of Fed. R. App. P. 27(d)(1)(E) because it has been prepared in 14-point Calisto MT, a proportionally spaced font, and that it complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 491 words, according to the count of Microsoft Word.

/s/ *Kevin B. Soter*
KEVIN B. SOTER